UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**WENDALL HALL,**

    Petitioner,

v.                                    **Case No. 3:25-cv-338-LC-MJF**

**SECRETARY, DEPARTMENT OF CORRECTIONS,**

    Respondent.

_____/

## **ORDER**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated November 21, 2025. ECF No. 17. The parties were furnished a copy of the Report and Recommendation and were afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The Court has made a de novo determination of those portions to which an objection was made.

Having considered the Report and Recommendation and the objections thereto timely filed, the Court concludes that the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation, ECF No. 17, is adopted and incorporated by reference in this Order.

2. Respondent's motion to dismiss, ECF No. 14, is **GRANTED**.

3. The petition for writ of habeas corpus, ECF No. 1, is **DENIED**.

4. A certificate of appealability is **DENIED**.

5. The Clerk of Court is directed to close the file.

**DONE AND ORDERED** this 18th day of December, 2025.


  *s/L.A. Collier*
  **LACEY A. COLLIER**
  **SENIOR UNITED STATES DISTRICT JUDGE**